CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TOMMY VANDYKE, | ) | CASE NO. 7:12CV00178 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| BILL BRANCH COAL CO., INC., ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's applications to proceed in forma pauperis (ECF Nos. 3 & 9) are **GRANTED**, pursuant to 28 U.S.C. § 1915(a) and (b), to the extent that prepayment of the filing fee is not required; this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(b), for failure to state a claim; plaintiff's motions for appointment of counsel and motion for judgment (ECF Nos. 2, 11 & 12) are **DENIED**, and this action is stricken from the active docket of the court.

ENTER: This 17th day of May, 2012.

/s/ Glen Conrad
Chief United States District Judge